AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Pppointed Receiver for The Three Hebrew Boys <br> *Plaintiff* <br> v. <br> Florence McRay <br> *Defendant* | ) ) ) ) ) )  Civil Action No.   3:12-1586-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Beattie B. Ashmore recover from the defendant Florence McRay the amount of One Hundred Twenty-Nine Thousand, Eight Hundred Forty and 32/100 dollars ($129,840.32), plus postjudgment interest at the rate of .14 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:  January 15, 2013

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*